# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2016

## NO. 03-14-00812-CV

**Bobbie White, Appellant**

**v.**

**Josefino Bencomo III, Appellee**

## APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on September 25, 2014. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.